# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAMON JIMENEZ, *Plaintiff,* | : : : | CIVIL ACTION |
| v. | : : | |
| BEST BEHAVIORAL HEALTHCARE, INC. et al., *Defendants.* | : : : : | No. 18-1003 |

## ORDER

**AND NOW**, this 4th day of June, 2019, upon consideration of Ramon Jimenez's Motion for Summary Judgment (Doc. No. 21), the Defendants' Response thereto (Doc. No. 27), Mr. Jimenez's Reply in Support of his Motion for Summary Judgment (Doc. No. 29), the Defendants' Motion for Partial Summary Judgment (Doc. No. 22), the Defendants' Amended Motion for Summary Judgment (Doc. No. 26), Mr. Jimenez's Response thereto (Doc. No. 28), the Defendants' Reply in Support of their Motion for Summary Judgment (Doc. No. 30), and the oral argument held on January 18, 2019, it is **ORDERED** that:

1) Ramon Jimenez's Motion for Summary Judgment (Doc. No. 21) is **GRANTED**, and Mr. Jimenez is entitled to back pay damages of $8,170.75 for his FLSA claim;

2) the Defendants' Amended Motion for Summary Judgment (Doc. No. 26) is **DENIED**; and

3) the Defendants' Motion for Partial Summary Judgment (Doc. No. 22) is **DEEMED MOOT**.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE