IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAMON JIMENEZ,

        Plaintiff,

                            CASE NO.:   2:18-CV-01003-GEKP

vs.

**BEST BEHAVIORAL HEALTHCARE,
INC.; and AMARILIS LAFONTAINE,**
Individually,

        Defendants.
_____/

## PLAINTIFF'S MOTION FOR REASONABLE ATTORNEYS' FEES AND COSTS

1. Plaintiff Ramon Jimenez ("Jimenez") by and through his undersigned counsel, hereby moves this Court for an award of Attorney's Fees and Costs, pursuant to 219 U.S.C. § 216(b), 28 U.S.C. § 1920, and Fed. R. Civ. P. 54(d).

2. Jimenez initiated the instant action to redress violations by Defendants, Best Behavioral Healthcare, Inc. and Amarilis LaFontaine ("Defendants"), of the Fair Labor Standards Act 29 U.S.C. § 201 *et seq.* ("FLSA").[1]

3. Jimenez is the prevailing Plaintiff, as the Court granted his motion for summary judgment, and determined that he is entitled to 100% of the relief he sought in that Motion. D.E. 36, 37.

4. Under the FLSA, a prevailing plaintiff is entitled to reasonable attorney fees and costs. 29 U.S.C. § 216(b).

---

[1] Plaintiff also raised a claim for relief under the Pennsylvania Wage Payment and Collection Law, but the parties subsequently agreed to dismissal of this claim without prejudice. D.E. 42.

5.  Jimenez's counsel has exercised billing judgment by appropriately reducing or eliminating entirely time which was excessive, clerical, or otherwise unreasonable.

6.  Jimenez, through his counsel, now files the instant Motion for Attorney's Fees and Costs and seeks $66,130.00 in attorney's fees and $15,541.59 in cost reimbursement, totaling $81,671.59.

7.  In support of his Motion for Reasonable Attorneys' Fees and Costs, Jimenez includes and incorporates herein by reference his Brief, sworn affidavit supporting his counsel's billing rate, and itemized billing records for his attorney's fees and costs expended.

WHEREFORE, Jimenez respectfully requests that this Honorable Court grant his Motion for Reasonable Attorneys' Fees and Costs in its entirety.

Dated this 14th day of August, 2019.

/S/ANGELI MURTHY
ANGELI MURTHY, ESQ.
Pennsylvania Bar No. 93699
MORGAN & MORGAN, P.A.
8151 Peters Road, Suite 4000
Plantation, FL 33324
Tel: 954-318-0268
Fax: 954-327-3016
E-mail: amurthy@forthepeople.com
*Trial Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2019, the foregoing Motion, along with the supporting Memorandum of Law, Exhibits thereto, and Proposed Order, were electronically filed using the CM/ECF system, which will transmit notification of such filing, constituting service thereof, to the following:

>Lewis P. Hannah, Esq.
>1420 Walnut Street, Suite 815
>Philadelphia, PA 19102
>lphcourtfilings@verizon.net
>lhannah969@aol.com
>*Attorney for Defendants*

/s/***ANGELI MURTHY***
ANGELI MURTHY, ESQ.