IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAMON JIMENEZ,

      Plaintiff,

vs.

      CASE NO.:   2:18-CV-01003-GEKP

BEST BEHAVIORAL HEALTHCARE, INC.; and AMARILIS LAFONTAINE, Individually,

      Defendants.
_____/

## PROPOSED ORDER ON MOTION FOR REASONABLE ATTORNEYS' FEES AND COSTS

**AND NOW,** this day of, 2019, upon consideration of Plaintiff's Motion for Reasonable Attorneys' Fees and Cost, it is hereby ORDERED and DECREED that:

Plaintiff's Counsel is awarded $66,130.00 in attorneys' fees; and $15,541.59 in taxable costs expended during the above-captioned litigation.

Defendants, BEST BEHAVIORAL HEALTHCARE, INC., and AMARILIS LAFONTAINE, are hereby Ordered to pay reasonable attorneys' fees and costs to Morgan & Morgan, P.A., counsel for Plaintiff Ramon Jimenez, in the amount $81,671.59.

**DONE AND ORDERED** this _____ day of _____, 2019, in Chambers in Philadelphia, Pennsylvania.

                                _____
                                GENE E.K. PRATTER
                                UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record