# Attachment 1 to EXHIBIT A- Attorney Fee Ledger

# Time Sheet

08/13/2019

Jimenez, Ramon vs. Best Behavioral Healthcare
Date Range: 1/1/1980 - 8/13/2019
Status: Pending/Released/Transfered/Exception

| Date | Attorney | Hrs | Recorder | Timekeep | Amount |
|---|---|---|---|---|---|
| 10/27/2017 | AZM | .90 | AZM | AZM | $382.50 |
| | | | Prepare for and participate in initial telephone conference with client. | | |
| 10/30/2017 | AZM | .50 | AZM | AZM | $212.50 |
| | | | Research regarding defendant, including preliminary review of website, for information relevant to independent contractor analysis. | | |
| 11/15/2017 | AZM | .30 | AZM | AZM | $127.50 |
| | | | Receive and review additional client documents. | | |
| 12/18/2017 | AZM | .20 | AZM | AZM | $85.00 |
| | | | Begin drafting complaint. | | |
| 01/15/2018 | AZM | .30 | AZM | AZM | $127.50 |
| | | | Telephone conference with client to follow up on factual information needed for complaint. | | |
| 01/17/2018 | AZM | .50 | AZM | AZM | $212.50 |
| | | | Additional research regarding appropriate individual defendant(s) and independent contractor classification, including review of website information regarding founding of company, purpose of company, indicia that psychotherapists and others are treated as employees. | | |
| 02/21/2018 | AZM | .70 | AZM | AZM | $297.50 |
| | | | Revise complaint. | | |
| 03/06/2018 | AZM | .20 | AZM | AZM | $85.00 |
| | | | Finalize and file complaint. | | |
| 04/25/2018 | AZM | .10 | AZM | AZM | $42.50 |
| | | | Review affidavits of service to confirm sufficiency of service.  Consider motion for clerk's default. | | |
| 05/02/2018 | AZM | .10 | AZM | AZM | $42.50 |
| | | | Telephone conference with L. Hannah re: extension and potential defenses. | | |
| 05/02/2018 | AZM | .10 | AZM | AZM | $42.50 |
| | | | Receive and review correspondence from opposing counsel L. Hannah confirming prior conversation re: extension of time to answer complaint, and confirming no opposition to extension to 5/11. | | |
| 05/11/2018 | AZM | .30 | AZM | AZM | $127.50 |
| | | | Receive and review answer and affirmative defenses and consider motion to strike. | | |
| 05/15/2018 | AZM | .30 | AZM | AZM | $127.50 |
| | | | Receive and review scheduling order and order regarding arbitration. | | |
| 05/29/2018 | AZM | .20 | AZM | AZM | $85.00 |
| | | | Correspondence to opposing counsel re: motion to strike affirmative defenses 4 and 6. | | |
| 06/05/2018 | AZM | .80 | AZM | AZM | $340.00 |
| | | | Prepare initial draft of discovery requests. | | |
| 06/15/2018 | AZM | .70 | AZM | AZM | $297.50 |
| | | | Revise and finalize discovery requests. | | |
| 06/30/2018 | AZM | .50 | AZM | AZM | $212.50 |
| | | | Initial review of BBH initial document production, received on 6/26. | | |
| 07/03/2018 | AZM | .60 | AZM | AZM | $255.00 |
| | | | Initial review and analysis of additional documents produced by Defendants, including comparison of damages analyses charts, which appear to be different between two productions. | | |

# Time Sheet

08/13/2019

Jimenez, Ramon vs. Best Behavioral Healthcare
Date Range: 1/1/1980 - 8/13/2019
Status: Pending/Released/Transfered/Exception

| Date | Attorney | Hrs | Recorder | Timekeep | Amount |
|---|---|---|---|---|---|
| 07/17/2018 | AZM | 3.50 | AZM | AZM | $1,487.50 |
| | | | Review and analyze documents produced in discovery and begin preparation of deposition outlines for corporate representative and individual defendant, including identification of exhibits. | | |
| 07/17/2018 | AZM | .30 | AZM | AZM | $127.50 |
| | | | Prepare correspondence regarding discovery deficiencies to L. Hannah. | | |
| 07/19/2018 | AZM | .10 | AZM | AZM | $42.50 |
| | | | Follow up by email and telephone with L. Hannah regarding discovery deficiencies. | | |
| 07/19/2018 | AZM | 3.70 | AZM | AZM | $1,572.50 |
| | | | Research and analyze cases regarding independent contractor misclassification, particularly in healthcare industry but also in other analagous circumstances, in preparation for depositions and outlines for same, continue preparation for corporate representative deposition and individual defendant deposition. | | |
| 07/22/2018 | AZM | .50 | AZM | AZM | $212.50 |
| | | | Review additional client documents prior to production. | | |
| 07/24/2018 | AZM | 4.50 | AZM | AZM | $1,912.50 |
| | | | Meeting with client to review documents and prepare for client's deposition. | | |
| 07/24/2018 | AZM | 6.20 | AZM | AZM | $2,635.00 |
| | | | Continue preparation of deposition outlines for depositions of corporate representative, and individual defendant, and prepare for depositions of additional BBH employees, including psychotherapists and billing employees. | | |
| 07/24/2018 | AZM | .30 | AZM | AZM | $127.50 |
| | | | Finalize subpoena to Community Behavioral Health seeking documents related to client's work and defendant's affirmative defenses. | | |
| 07/26/2018 | AZM | .80 | AZM | AZM | $340.00 |
| | | | Review and analyze Defendants' responses to discovery. | | |
| 07/27/2018 | AZM | 3.00 | AZM | AZM | $1,275.00 |
| | | | Prepare for and defend client's deposition. | | |
| 07/27/2018 | AZM | 4.40 | AZM | AZM | $1,870.00 |
| | | | Take deposition of Michael Nelson, corporate representative (agreed to continue deposition). | | |
| 07/31/2018 | AZM | .80 | AZM | AZM | $340.00 |
| | | | Prepare motion to modify scheduling order. | | |
| 08/03/2018 | AZM | .90 | AZM | AZM | $382.50 |
| | | | Finalize, including adding record citations, and file motion to modify scheduling order. | | |
| 08/07/2018 | AZM | .40 | AZM | AZM | $170.00 |
| | | | Receive and review amended discovery responses. | | |
| 08/07/2018 | AZM | .50 | AZM | AZM | $212.50 |
| | | | Correspondence with L. Hannah regarding discovery deficiencies. | | |
| 08/07/2018 | AZM | .20 | AZM | AZM | $85.00 |
| | | | Correspondence with L. Hannah regarding proposed resolution of $22,500.00, inclusive of all damages to client, fees and costs. | | |
| 08/08/2018 | AZM | .30 | AZM | AZM | $127.50 |
| | | | Correspondence with opposing counsel regarding discovery deficiencies. | | |

# Time Sheet

08/13/2019

Jimenez, Ramon vs. Best Behavioral Healthcare
Date Range: 1/1/1980 - 8/13/2019
Status: Pending/Released/Transfered/Exception

| Date | Attorney | Hrs | Recorder | Timekeep | Amount |
|---|---|---|---|---|---|
| 08/08/2018 | AZM | .80 | AZM | AZM | $340.00 |
| | | | Review additional documents Defendants produced today. | | |
| 08/09/2018 | AZM | .30 | AZM | AZM | $127.50 |
| | | | Telephone conference with counsel for Community Behavioral Health Services regarding billing for client's services, that BBH has not had to pay anything back, obligations of individual practitioners and groups in CBH network. | | |
| 08/09/2018 | AZM | 1.90 | AZM | AZM | $807.50 |
| | | | Review additional documents produced by Defendants today, including WHD opinion, policies, manuals, and unemployment information. | | |
| 08/09/2018 | AZM | .40 | AZM | AZM | $170.00 |
| | | | Correspondence with L. Hannah regarding continued discovery deficiencies. | | |
| 08/13/2018 | AZM | .90 | AZM | AZM | $382.50 |
| | | | Review documents and prepare correspondence to L. Hannah re: continued discovery deficiencies in effort to avoid motion to compel. | | |
| 08/13/2018 | AZM | 1.50 | AZM | AZM | $637.50 |
| | | | Review Community Behavioral Health documents responsive to subpoena. | | |
| 08/15/2018 | AZM | 3.60 | AZM | AZM | $1,530.00 |
| | | | Prepare motion to compel. | | |
| 08/16/2018 | AZM | 2.80 | AZM | AZM | $1,190.00 |
| | | | Finalize and file motion to compel. | | |
| 08/21/2018 | AZM | .20 | AZM | AZM | $85.00 |
| | | | Telephone conference with L. Hannah regarding discovery. | | |
| 08/21/2018 | AZM | .30 | AZM | AZM | $127.50 |
| | | | Review Defendants' document production for documents alleged to contain links to employee manual and produced P&P Manual. Neither exists in the production. | | |
| 08/21/2018 | AZM | .30 | AZM | AZM | $127.50 |
| | | | Prepare correspondence to L. Hannah regarding continued failure to produce relevant and discoverable documents. | | |
| 08/21/2018 | AZM | .00 | AZM | AZM | $0.00 |
| | | | Receive and review email from Judge Pratter's clerk, J. Hill, advising that extension of deadlines will be granted. | | |
| 08/22/2018 | AZM | .20 | AZM | AZM | $85.00 |
| | | | Review Defendants' opposition to motion to compel. | | |
| 08/22/2018 | AZM | .50 | AZM | AZM | $212.50 |
| | | | Review additional documents produced by Defendants. | | |
| 08/23/2018 | AZM | .80 | AZM | AZM | $340.00 |
| | | | Prepare reply on motion to compel. | | |
| 08/23/2018 | AZM | .50 | AZM | AZM | $212.50 |
| | | | Review company handbook. | | |
| 08/24/2018 | AZM | 2.20 | AZM | AZM | $935.00 |
| | | | Revise and finalize reply on motion to compel and, in connection with same, review and analyze alleged P&P manual to compare for similarities to BBH manual portions produced. Relevant to BBH's defense that it did not set the rules and was rather just beholden to rules set by clients. | | |

# Time Sheet

08/13/2019

Jimenez, Ramon vs. Best Behavioral Healthcare
Date Range: 1/1/1980 - 8/13/2019
Status: Pending/Released/Transfered/Exception

| Date | Attorney | Hrs | Recorder | Timekeep | Amount |
|---|---|---|---|---|---|
| 08/24/2018 | AZM | 9.20 | AZM | AZM | $3,910.00 |
| | | | In light of Court's changed position regarding extension on summary judgment deadline and extending deadlines, prepare Plaintiff's memorandum of law in support of summary judgment, including legal research in support of same and preparation of client's declaration. | | |
| 08/24/2018 | AZM | .20 | AZM | AZM | $85.00 |
| | | | Review new produced discovery responses and initial disclosures. | | |
| 08/24/2018 | AZM | .10 | AZM | AZM | $42.50 |
| | | | Correspondence with L. Hannah regarding documents promised but not produced. | | |
| 08/25/2018 | AZM | 8.20 | AZM | AZM | $3,485.00 |
| | | | Prepare statement of facts in support of motion for summary judgment. | | |
| 08/26/2018 | AZM | 9.50 | AZM | AZM | $4,037.50 |
| | | | Revise motion for summary judgment and statement of facts. Additional legal research regarding each factor in independent contractor analysis and damages. | | |
| 08/27/2018 | AZM | 7.20 | AZM | AZM | $3,060.00 |
| | | | Edit and finalize motion for summary judgment, including record citations, statement of facts, memorandum of law. | | |
| 08/29/2018 | AZM | 1.40 | AZM | AZM | $595.00 |
| | | | Review additional documents produced by Defendants. | | |
| 08/30/2018 | AZM | .30 | AZM | AZM | $127.50 |
| | | | Telephone conference with client regarding potential resolution. | | |
| 08/30/2018 | AZM | .30 | AZM | AZM | $127.50 |
| | | | Review additional documents produced by Defendants (214-444, but many produced already). | | |
| 08/30/2018 | AZM | .20 | AZM | AZM | $85.00 |
| | | | Receive and review settlement offer of $4,000.00 including fees and costs, and review same with client. | | |
| 08/31/2018 | AZM | 1.00 | AZM | AZM | $425.00 |
| | | | Prepare for and participate in hearing with Court on motion to compel discovery. | | |
| 08/31/2018 | AZM | .40 | AZM | AZM | $170.00 |
| | | | Correspondence with L. Hannah proposing resolution at $31,000.00, receipt and review of response rejecting same eight minutes later, and response to same. | | |
| 08/31/2018 | AZM | 1.20 | AZM | AZM | $510.00 |
| | | | Continue preparation for additional depositions of Defendants' employees Dominguez, Brown and Purdy, and individual defendant. | | |
| 08/31/2018 | AZM | .50 | AZM | AZM | $212.50 |
| | | | Prepare for and participate in telephone conference with Community Behavioral Health counsel regarding issues relevant to enterprise coverage, relevant manuals and policies, and issues relating to control factor of independent contractor analysis. | | |
| 09/06/2018 | AZM | .10 | AZM | AZM | $42.50 |
| | | | Review order on motion to compel. | | |
| 09/06/2018 | AZM | 2.20 | MB | AZM | $935.00 |
| | | | Take deposition of Amarilis LaFontaine (Part 1). | | |
| 09/06/2018 | AZM | 2.00 | MB | AZM | $850.00 |
| | | | Continue deposition of Michael Nelson, corporate representative. | | |

# Time Sheet

08/13/2019

Jimenez, Ramon vs. Best Behavioral Healthcare
Date Range: 1/1/1980 - 8/13/2019
Status: Pending/Released/Transfered/Exception

| Date | Attorney | Hrs | Recorder | Timekeep | Amount |
|---|---|---|---|---|---|
| 09/06/2018 | AZM | .50 | AZM | AZM | $212.50 |
| | | | Correspondence with opposing counsel regarding continued discovery deficiencies. | | |
| 09/07/2018 | AZM | .20 | AZM | AZM | $85.00 |
| | | | Edit subpoena to BBH accountant. | | |
| 09/07/2018 | AZM | 1.20 | MB | AZM | $510.00 |
| | | | Take deposition of Dominique Dominguez (Part 1). Witness had to leave early due to scheduling issue. Agreed to continue deposition. | | |
| 09/07/2018 | AZM | .70 | MB | AZM | $297.50 |
| | | | Take deposition of Dr. Willie Brown. | | |
| 09/07/2018 | AZM | 1.00 | MB | AZM | $425.00 |
| | | | Take deposition of Mark Purdy | | |
| 09/07/2018 | AZM | 2.60 | MB | AZM | $1,105.00 |
| | | | Continue deposition of Amarilis LaFontaine | | |
| 09/20/2018 | AZM | 2.30 | AZM | AZM | $977.50 |
| | | | Prepare for continued deposition of Dominguez, and prepare for depositions of Salcedo, and Ramirez. | | |
| 09/21/2018 | AZM | 5.00 | AZM | AZM | $2,125.00 |
| | | | Take depositions of Salcedo, Dominguez, and Ramirez. | | |
| 09/25/2018 | AZM | .50 | AZM | AZM | $212.50 |
| | | | As Defendants continue to refuse to admit enterprise coverage, research for subpoena to Dell, and contact Dell In-House counsel regarding declaration. | | |
| 09/26/2018 | AZM | .20 | AZM | AZM | $85.00 |
| | | | Finalize subpoena to Dell for documents supporting enterprise coverage. | | |
| 10/01/2018 | AZM | .10 | AZM | AZM | $42.50 |
| | | | Telephone call with Dell attorney re: declaration and receipt and review of signed declaration. | | |
| 10/04/2018 | AZM | 8.20 | AZM | AZM | $3,485.00 |
| | | | Revise motion for summary judgment to add facts and law regarding individual liability and enterprise coverage, including review of deposition transcripts for citations relating to same. | | |
| 10/08/2018 | AZM | .90 | AZM | AZM | $382.50 |
| | | | Review and analyze Defendants' motion for summary judgment. | | |
| 10/08/2018 | AZM | .10 | AZM | AZM | $42.50 |
| | | | Communication with Defendants' counsel to inform him of non-compliance with court rules with respect to format of Defendants' summary judgment motion. | | |
| 10/29/2018 | AZM | .90 | AZM | AZM | $382.50 |
| | | | Review Defendants' opposition to motion for summary judgment. | | |
| 10/30/2018 | AZM | 2.20 | AZM | AZM | $935.00 |
| | | | Begin preparation of opposition to Defendants' motion for summary judgment, including response to statement of facts. | | |
| 10/31/2018 | AZM | 3.00 | AZM | AZM | $1,275.00 |
| | | | Continue preparation of opposition to Defendants' motion for summary judgment, including response to statement of facts. | | |
| 11/01/2018 | AZM | 2.20 | AZM | AZM | $935.00 |
| | | | Finalize and file opposition to Defendants' motion for summary judgment. | | |

# Time Sheet

08/13/2019

Jimenez, Ramon vs. Best Behavioral Healthcare
Date Range: 1/1/1980 - 8/13/2019
Status: Pending/Released/Transfered/Exception

| Date | Attorney | Hrs | Recorder | Timekeep | Amount |
|---|---|---|---|---|---|
| 11/01/2018 | AZM | 2.50 | AZM | AZM | $1,062.50 |
| | | | Prepare reply in further support of plaintiff's motion for summary judgment. | | |
| 11/02/2018 | AZM | 3.20 | AZM | AZM | $1,360.00 |
| | | | Finalize and file Plaintiff's reply in further support of motion for summary judgment. | | |
| 01/17/2019 | AZM | 3.50 | MB | AZM | $1,487.50 |
| | | | Prepare for oral argument, including review of motions and all exhibits. | | |
| 01/18/2019 | AZM | 3.50 | MB | AZM | $1,487.50 |
| | | | Prepare for and participate in oral argument | | |
| 01/22/2019 | AZM | .40 | MB | AZM | $170.00 |
| | | | Telephonic conference with client regarding status and options moving forward. | | |
| 01/23/2019 | AZM | .40 | MB | AZM | $170.00 |
| | | | Correspondence to opposing counsel proposing resolution at $73,000.00, inclusive of all damages to client, fees and costs. | | |
| 02/04/2019 | AZM | .20 | MB | AZM | $85.00 |
| | | | Prepare correspondence to Court regarding mediation. | | |
| 02/27/2019 | AZM | 1.30 | MB | AZM | $552.50 |
| | | | Prepare settlement conference memorandum. | | |
| 02/27/2019 | AZM | .10 | MB | AZM | $42.50 |
| | | | Communication regarding settlement with opposing counsel. | | |
| 03/01/2019 | AZM | .30 | MB | AZM | $127.50 |
| | | | Telephone conference with Magistrate Judge Rice re:settlement conference. | | |
| 03/01/2019 | AZM | .20 | MB | AZM | $85.00 |
| | | | Email to L. Hannah regarding alleged misrepresentation reagarding settlement communications, including proof that representations were accurate. | | |
| 03/13/2019 | AZM | .10 | MB | AZM | $42.50 |
| | | | Telephone conference with client to confirm Court's cancellation of settlement conference due to Defendants' position regarding resolution. | | |
| 06/04/2019 | AZM | .50 | MB | AZM | $212.50 |
| | | | Review Court's opinion regarding summary judgment. | | |
| 06/04/2019 | AZM | .10 | MB | AZM | $42.50 |
| | | | Correspondence to opposing counsel to confer on liquidated damages. | | |
| 06/04/2019 | AZM | 2.00 | AZM | AZM | $850.00 |
| | | | Prepare motion for liquidated damages. | | |
| 07/01/2019 | AZM | .10 | MB | AZM | $42.50 |
| | | | Telephone conference with L. Hannah regarding imposition of liquidated damages to confer re: motion for same. | | |
| 07/11/2019 | AZM | .10 | MB | AZM | $42.50 |
| | | | Finalize and file motion for liquidated damages. | | |
| 07/30/2019 | AZM | .10 | AZM | AZM | $42.50 |
| | | | Communications with opposing counsel regarding resolution. | | |
| 08/06/2019 | AZM | 1.00 | AZM | AZM | $425.00 |
| | | | Review of time entries in anticipation of submission of motion for attorneys' fees. | | |

# Time Sheet

08/13/2019

Jimenez, Ramon vs. Best Behavioral Healthcare
Date Range: 1/1/1980 - 8/13/2019
Status: Pending/Released/Transfered/Exception

| Date | Attorney | Hrs | Recorder | Timekeep | Amount |
|---|---|---|---|---|---|
| 08/08/2019 | AZM | 2.20 | AZM | AZM | $935.00 |
| | | | | Prepare motion, memorandum of law, and proposed order for motion for attorneys' fees. | |
| 08/10/2019 | AZM | 2.30 | AZM | AZM | $977.50 |
| | | | | Prepare reply on motion for liquidated damages, including research regarding sufficiency of consultation with accountant. | |
| 08/12/2019 | AZM | .80 | AZM | AZM | $340.00 |
| | | | | Finalize reply on motion for liquidated damages. | |

Total hours:   155.60                                                                Total Amount:   $66,130.00