# Attachment 2 to EXHIBIT A- Attorney Cost Records with Supporting Invoices

**Morgan & Morgan, P.A.**
Cost Summary Report with Details
(7727245) Jimenez, Ramon vs. Best Behavioral Healthcare
For Transactions Dated Through:08/09/2019

# Redacted to Delete Costs Not Recoverable

**Morgan & Morgan, P.A.**
Cost Summary Report with Details
(7727245) Jimenez, Ramon vs. Best Behavioral Healthcare
For Transactions Dated Through:08/09/2019

8/9/2019
1:15:19PM

**7727245 - Jimenez, Ramon vs. Best Behavioral Healthcare**

**COP    Copies**

| Date | Reference | Payee | Comment | Amount |
|---|---|---|---|---|
| 08/29/2017 | | | Black and white photocoies | 1.50 |
| 11/22/2017 | | | Black and white photocoies | 0.75 |
| 07/18/2018 | | | Black and white photocoies | 6.00 |
| 09/04/2018 | | | Black and white photocoies | 11.25 |
| 09/04/2018 | | | Black and white photocoies | 8.00 |
| 09/04/2018 | | | Black and white photocoies | 25.75 |
| 09/04/2018 | | | Black and white photocoies | 0.50 |
| 09/04/2018 | | | Black and white photocoies | 13.50 |
| 09/04/2018 | | | Black and white photocoies | 33.75 |
| 09/04/2018 | | | Black and white photocoies | 1.50 |
| 09/04/2018 | | | Black and white photocoies | 22.50 |

Morgan & Morgan, P.A.
Cost Summary Report with Details
(7727245) Jimenez, Ramon vs. Best Behavioral Healthcare

8/9/2019
1:15:19PM

For Transactions Dated Through:08/09/2019

| Date | Reference | Payee | Comment | Amount |
|---|---|---|---|---|
| 09/05/2018 | | | Black and white photocoies | $1.75 |
| 10/08/2018 | | | Black and white photocoies | 12.00 |
| 01/11/2019 | | | Black and white photocoies | 73.00 |
| 01/11/2019 | | | Black and white photocoies | 43.50 |
| | | | **Copies** | **$255.25** |

**DEP   Deposition**

| Date | Reference | Payee | Comment | Amount |
|---|---|---|---|---|
| 08/24/2018 | 7842 | US Legal Support | | 3,053.85 |
| 09/26/2018 | 9658 | US Legal Support | | 3,746.40 |
| 10/02/2018 | 9924 | US Legal Support | | 2,880.39 |
| 10/02/2018 | 9925 | US Legal Support | | 1,573.85 |
| 10/11/2018 | 10259 | US Legal Support | | 1,794.10 |
| | | | **Deposition** | **$13,048.59** |

**FIL   Filing fees**

| Date | Reference | Payee | Comment | Amount |
|---|---|---|---|---|
| 02/27/2018 | 789309 | Clerk, United States District Court | ASAP | 400.00 |
| | | | **Filing fees** | **$400.00** |

# Redacted to Delete
# Costs Not Recoverable

**PRN   Black & White Printing**

| Date | Reference | Payee | Comment | Amount |
|---|---|---|---|---|
| 08/29/2017 | | | Black & White Printing | 1.75 |
| 08/29/2017 | | | Black & White Printing | 0.50 |
| 11/10/2017 | | | Black & White Printing | 1.25 |
| 11/10/2017 | | | Black & White Printing | 2.00 |

Morgan & Morgan, P.A.
Cost Summary Report with Details
(7727245) Jimenez, Ramon vs. Best Behavioral Healthcare
For Transactions Dated Through:08/09/2019

8/9/2019
1:15:19PM

| Date | Description | Amount |
|---|---|---|
| 11/10/2017 | Black & White Printing | $1.25 |
| 11/14/2017 | Black & White Printing | 1.25 |
| 11/14/2017 | Black & White Printing | 1.25 |
| 11/14/2017 | Black & White Printing | 1.25 |
| 11/14/2017 | Black & White Printing | 1.25 |
| 11/22/2017 | Black & White Printing | 1.50 |
| 01/18/2018 | Black & White Printing | 2.25 |
| 02/20/2018 | Black & White Printing | 2.00 |
| 02/28/2018 | Black & White Printing | 1.25 |
| 02/28/2018 | Black & White Printing | 3.00 |
| 02/28/2018 | Black & White Printing | 1.75 |
| 03/05/2018 | Black & White Printing | 2.00 |
| 03/06/2018 | Black & White Printing | 1.75 |
| 04/05/2018 | Black & White Printing | 2.00 |
| 05/15/2018 | Black & White Printing | 2.00 |
| 05/16/2018 | Black & White Printing | 1.50 |
| 06/06/2018 | Black & White Printing | 1.75 |
| 06/06/2018 | Black & White Printing | 3.50 |
| 06/06/2018 | Black & White Printing | 1.25 |
| 06/11/2018 | Black & White Printing | 2.25 |
| 06/11/2018 | Black & White Printing | 1.25 |
| 06/11/2018 | Black & White Printing | 2.75 |
| 06/11/2018 | Black & White Printing | 1.25 |
| 06/11/2018 | Black & White Printing | 1.25 |
| 06/11/2018 | Black & White Printing | 1.00 |
| 06/11/2018 | Black & White Printing | 2.75 |
| 06/13/2018 | Black & White Printing | 3.25 |
| 06/13/2018 | Black & White Printing | 1.75 |
| 06/13/2018 | Black & White Printing | 1.25 |
| 06/13/2018 | Black & White Printing | 2.25 |
| 06/13/2018 | Black & White Printing | 3.00 |
| 06/13/2018 | Black & White Printing | 1.25 |
| 06/13/2018 | Black & White Printing | 1.00 |
| 06/13/2018 | Black & White Printing | 2.25 |
| 06/13/2018 | Black & White Printing | 1.00 |
| 06/20/2018 | Black & White Printing | 2.25 |
| 07/03/2018 | Black & White Printing | 1.25 |
| 07/03/2018 | Black & White Printing | 1.25 |
| 07/05/2018 | Black & White Printing | 1.25 |
| 07/09/2018 | Black & White Printing | 1.25 |
| 07/23/2018 | Black & White Printing | 2.00 |
| 08/02/2018 | Black & White Printing | 1.50 |
| 08/02/2018 | Black & White Printing | 2.00 |
| 08/02/2018 | Black & White Printing | 63.25 |
| 08/02/2018 | Black & White Printing | 2.00 |
| 08/02/2018 | Black & White Printing | 2.25 |
| 08/02/2018 | Black & White Printing | 2.00 |
| 08/02/2018 | Black & White Printing | 27.50 |
| 08/13/2018 | Black & White Printing | 1.75 |
| 08/14/2018 | Black & White Printing | 1.75 |
| 08/14/2018 | Black & White Printing | 1.50 |
| 08/15/2018 | Black & White Printing | 3.00 |
| 08/16/2018 | Black & White Printing | 3.00 |
| 08/16/2018 | Black & White Printing | 3.75 |
| 08/16/2018 | Black & White Printing | 2.75 |
| 08/16/2018 | Black & White Printing | 2.00 |
| 08/16/2018 | Black & White Printing | 1.25 |

Morgan & Morgan, P.A.
Cost Summary Report with Details
(7727245) Jimenez, Ramon vs. Best Behavioral Healthcare

8/9/2019
1:15:19PM

For Transactions Dated Through:08/09/2019

| Date | Description | Amount |
|---|---|---|
| 08/23/2018 | Black & White Printing | $3.00 |
| 08/24/2018 | Black & White Printing | 27.50 |
| 08/24/2018 | Black & White Printing | 1.75 |
| 08/24/2018 | Black & White Printing | 25.75 |
| 08/26/2018 | Black & White Printing | 7.25 |
| 08/27/2018 | Black & White Printing | 4.75 |
| 08/27/2018 | Black & White Printing | 1.25 |
| 08/27/2018 | Black & White Printing | 6.75 |
| 08/27/2018 | Black & White Printing | 7.25 |
| 08/27/2018 | Black & White Printing | 4.50 |
| 08/27/2018 | Black & White Printing | 1.50 |
| 08/27/2018 | Black & White Printing | 2.50 |
| 08/27/2018 | Black & White Printing | 2.00 |
| 08/27/2018 | Black & White Printing | 1.75 |
| 08/28/2018 | Black & White Printing | 42.25 |
| 09/04/2018 | Black & White Printing | 178.00 |
| 09/04/2018 | Black & White Printing | 3.00 |
| 09/04/2018 | Black & White Printing | 2.00 |
| 09/04/2018 | Black & White Printing | 19.00 |
| 09/04/2018 | Black & White Printing | 10.00 |
| 09/04/2018 | Black & White Printing | 1.25 |
| 09/04/2018 | Black & White Printing | 2.00 |
| 09/04/2018 | Black & White Printing | 1.75 |
| 09/04/2018 | Black & White Printing | 1.75 |
| 09/04/2018 | Black & White Printing | 20.00 |
| 09/05/2018 | Black & White Printing | 2.00 |
| 09/06/2018 | Black & White Printing | 10.25 |
| 09/07/2018 | Black & White Printing | 2.00 |
| 09/07/2018 | Black & White Printing | 4.75 |
| 09/12/2018 | Black & White Printing | 2.00 |
| 09/12/2018 | Black & White Printing | 3.00 |
| 09/12/2018 | Black & White Printing | 1.50 |
| 09/14/2018 | Black & White Printing | 31.00 |
| 09/14/2018 | Black & White Printing | 1.25 |
| 09/21/2018 | Black & White Printing | 2.25 |
| 09/21/2018 | Black & White Printing | 2.25 |
| 09/25/2018 | Black & White Printing | 1.50 |
| 09/25/2018 | Black & White Printing | 1.50 |
| 09/25/2018 | Black & White Printing | 1.75 |
| 10/04/2018 | Black & White Printing | 6.50 |
| 10/04/2018 | Black & White Printing | 9.50 |
| 10/05/2018 | Black & White Printing | 5.50 |
| 10/05/2018 | Black & White Printing | 2.50 |
| 10/05/2018 | Black & White Printing | 3.75 |
| 10/05/2018 | Black & White Printing | 1.25 |
| 10/05/2018 | Black & White Printing | 9.75 |
| 10/05/2018 | Black & White Printing | 9.75 |
| 10/08/2018 | Black & White Printing | 31.25 |
| 10/08/2018 | Black & White Printing | 30.50 |
| 10/08/2018 | Black & White Printing | 59.25 |
| 10/08/2018 | Black & White Printing | 1.25 |
| 10/11/2018 | Black & White Printing | 36.75 |
| 10/15/2018 | Black & White Printing | 1.75 |
| 10/26/2018 | Black & White Printing | 6.50 |
| 10/30/2018 | Black & White Printing | 1.75 |
| 10/30/2018 | Black & White Printing | 2.75 |
| 11/01/2018 | Black & White Printing | 2.00 |

**Morgan & Morgan, P.A.**
Cost Summary Report with Details
(7727245) Jimenez, Ramon vs. Best Behavioral Healthcare

8/9/2019
1:15:19PM
For Transactions Dated Through: 08/09/2019

| Date | Description | Amount |
|---|---|---|
| 11/01/2018 | Black & White Printing | $9.75 |
| 11/02/2018 | Black & White Printing | 2.75 |
| 11/02/2018 | Black & White Printing | 3.50 |
| 11/02/2018 | Black & White Printing | 2.75 |
| 12/05/2018 | Black & White Printing | 2.75 |
| 12/05/2018 | Black & White Printing | 1.50 |
| 01/08/2019 | Black & White Printing | 1.25 |
| 01/11/2019 | Black & White Printing | 16.75 |
| 01/11/2019 | Black & White Printing | 0.25 |
| 01/11/2019 | Black & White Printing | 16.75 |
| 01/11/2019 | Black & White Printing | 27.50 |
| 01/11/2019 | Black & White Printing | 6.25 |
| 01/11/2019 | Black & White Printing | 15.00 |
| 01/11/2019 | Black & White Printing | 2.75 |
| 01/11/2019 | Black & White Printing | 1.25 |
| 01/11/2019 | Black & White Printing | 1.50 |
| 01/11/2019 | Black & White Printing | 3.50 |
| 01/11/2019 | Black & White Printing | 1.25 |
| 01/11/2019 | Black & White Printing | 1.50 |
| 01/11/2019 | Black & White Printing | 0.25 |
| 01/11/2019 | Black & White Printing | 9.75 |
| 01/11/2019 | Black & White Printing | 6.50 |
| 01/11/2019 | Black & White Printing | 14.50 |
| 01/11/2019 | Black & White Printing | 10.75 |
| 01/11/2019 | Black & White Printing | 8.25 |
| 01/11/2019 | Black & White Printing | 22.25 |
| 01/14/2019 | Black & White Printing | 2.25 |
| 02/20/2019 | Black & White Printing | 1.75 |
| 08/02/2019 | Black & White Printing | 11.00 |
| | **Black & White Printing** | **$1,072.75** |

**PSVC    Process Service**

| Date | Reference | Payee | Comment | Amount |
|---|---|---|---|---|
| 05/02/2018 | 796573 | TSI, Inc. | | 95.00 |
| 05/02/2018 | 796574 | TSI, Inc. | | 95.00 |
| 06/28/2018 | 802502 | TSI, Inc. | | 175.00 |
| 08/28/2018 | 808526 | TSI Legal | | 150.00 |
| 10/11/2018 | 812605 | TSI Legal | | 125.00 |
| 10/11/2018 | 812616 | TSI Legal | | 125.00 |
| | | | **Process Service** | **$765.00** |

**Payables**

| Invoice Date | Invoice # | Payee | Comment | Amount |
|---|---|---|---|---|
| | | | **Total Payables:** | |

**GRAND TOTAL: $15,541.59**