# EXHIBIT A



## Best Behavioral Healthcare, Inc.
5043 Frankford Avenue Philadelphia, PA 19124

Office (215) 744 4343                                                                                   Fax (215) 744-8731

July 7, 2017

Ramon A. Jimenez
811 Levick Street
Philadelphia, Pa 19111

**RE: Formal Response to your Unofficial Resignation of Position at Best Behavioral Healthcare, Inc.**

Dear Ramon

You are receiving this letter in response to your unofficial resignation of your position. We first want to thank you for your time and contributions in providing treatment to our members and the community we serve. Your efforts have helped to provide the services we strive to offer in assisting our members with their individual journeys to personal recovery.

In accordance with the contract upon hire on 10/27/2016 at BBH we require a minimum of four weeks' notice in order to properly manage the separation from this agency both with the members you have served and in order to effectively assure all work is thoroughly completed prior to your departure.

Given the sensitive nature of our work, this 4 week period is utilized to properly terminate with each member served in order to prevent any undo harm to the member that may be caused by feelings of abandonment that can lead some individuals to exacerbation of symptoms and possible decompensation. During this period we are also able to effectively transfer all cases to another clinician at BBH to prevent any gaps or holes in each members' treatment.

Additionally, the four weeks will be utilized to review all records and ensure thorough completion of all documentation prior to your departure from BBH. **This includes all progress notes and recovery plans, both initial and review that must be completed in the timeframes outlined by the state and must each contain signatures of the member, therapist and psychiatrist in order to be valid.** This thorough review and confirmation of completion will prevent any delays or withholdings in your pay following your final departure from the agency. Therefore, it is necessary that this review be completed in order to ensure no future issues with documentation for the agency as well as to verify that all services are properly paid to you without complication.

If you have any questions please feel free to speak with me so that we can manage this separation in the most effective manner possible. We wish you the best in all your future endeavors and want to thank you again for your time and service to our community.

Sincerely,

*Amarilis LaFontaine Psy.D. LPC*
Amarilis LaFontaine
President & CEO