# EXHIBIT "A"

| | |
|---|---|
| **From:** | Angeli Murthy x7425 |
| **Sent:** | Tuesday, August 07, 2018 2:42 PM |
| **To:** | 'lhannah969'; lawofficeoflewisphannah@gmail.com |
| **Cc:** | Jacqueline Kerr x7417 |
| **Subject:** | 7727245 Jimenez, Ramon vs. Best Behavioral Healthcare: |

CONFIDENTIAL SETTLEMENT COMMUNICATION

Good afternoon Mr. Hannah,

In an effort to resolve this matter before my fees become an impediment to resolution, and before we incur additional and significant costs in discovery, I write to advise that I am authorized to resolve this matter for a total of $22,500, inclusive of claims for wages, liquidated damages, and attorneys' fees and costs.

Please let me know your client's response as soon as possible. Thanks very much.