# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAMON JIMENEZ, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| BEST BEHAVIORAL HEALTHCARE, INC. et al., *Defendants* | : : : : | No. 18-1003 |

## ORDER

**AND NOW**, on this 3rd day of December, 2019, upon consideration of the Plaintiff's Motion for Liquidated Damages (Doc. No. 43), the Defendant's opposition (Doc. No. 46), the Plaintiff's reply (Doc. No. 47), the Plaintiff's Motion for Attorney Fees and Costs (Doc. No. 48), the Defendant's opposition (Doc. No. 51), the Plaintiff's reply (Doc. No. 52), and the parties' joint stipulation to dismiss Count I of the Plaintiff's complaint without prejudice (Doc. No. 42), it is **ORDERED** that the Motion for Liquidated Damages (Doc. No. 43) is **GRANTED**, and the Motion for Attorney Fees and Costs (Doc. No. 48) is **GRANTED IN PART** and **DENIED IN PART**. The Plaintiff is awarded liquidated damages in the amount of $8,170.75, attorney fees in the amount of $65,705, and costs in the amount of $15,541.59. Judgment is therefore entered in favor of the Plaintiff and against the Defendant in the sum of 89,417.34. It is further **ORDERED** that the Court **APPROVES OF** and **ADOPTS** the parties' stipulation (Doc. No. 42). The Clerk of Court is directed to and shall **CLOSE** this case, including for all statistical purposes.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**